June 27, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

EFREM SEWELL AND MILO SHEPHARD, Appellants

NO. 14-12-00541-CV          V.

HARDRIDERS, INC., WAVERLY NOLLEY, SHANNON MAYFIELD, AND
MICHELLE OXINDINE, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Hardriders, Inc., Waverly Nolley, Shannon Mayfield, and Michelle Oxindine, signed May 18, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Efrem Sewell and Milo Shephard, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.